# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

**DONNA LOUISE JOHNSON,**            Civil File No. 4:13-cv-00279-DGK

    **Plaintiff,**

vs.                                                  **NOTICE OF DISMISSAL**
                                                                  **WITH PREJUDICE**

**FINANCIAL CREDIT SERVICE, INC.,**
d/b/a Asset Recovery Associates

    **Defendant.**

**NOTICE IS HEREBY GIVEN** that, pursuant to Fed. R. Civ. P. 41(a)(1)(i), the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

                                                                        Respectfully submitted,

Dated:  April 24, 2013                                By: /s/J. Mark Meinhardt
                                                                        J. Mark Meinhardt, #53501
                                                                        9400 Reeds Road, Suite 210
                                                                        Overland Park, Kansas 66207
                                                                        Telephone:   (913) 451-9797
                                                                        Facsimile:    (913) 451-6163
                                                                        Email:        mark@meinhardtlaw.com
                                                                        **ATTORNEY FOR PLAINTIFF**