# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| DONNA LOUISE JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 13-0279-CV-W-DGK |
| ) | |
| FINANCIAL CREDIT SERVICE, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Having considered Plaintiff's Notice of Dismissal with Prejudice (Doc. 4), it is hereby

ORDERED that this case is dismissed with prejudice.

    /s/ Greg Kays
GREG KAYS
UNITED STATES DISTRICT JUDGE

DATED: April 24, 2013